UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -1 PM 5: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          NO. 05-20054 Ml

RUSSELL ROBINSON,

    Defendant.

### ORDER ALLOWING WITHDRAWAL OF COUNSEL

Before the court is the oral motion of Howard Manis, appointed counsel for the defendant Russell Robinson, seeking an order from this court allowing him to withdraw from the representation of defendant Russell Robinson. Counsel states that he is moving out of town and will no longer be available to represent Robinson.

For good cause shown, Howard Manis be and hereby is allowed to withdraw as counsel for Robinson. The appointment of Howard Manis is therefore terminated, and new counsel will be appointed for the defendant from the CJA list of attorneys.

_____
Jon P. McCalla
United States District Court Judge

_____Aug 1, 2005_____
Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-2-05_

64

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:05-CR-20054 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT