FILED BY _____ _____ D.C.

05 AUG 25 AM 11: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY _____ Cao _____ D.C.

2005 AUG 24 PM 3: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                                    No. 05-CR-20054-M1

RUSSELL ROBINSON, *et al*,     **MOTION GRANTED**

        Defendant.

                                    JON PHIPPS McCALLA
                                    **U.S. DISTRICT JUDGE**

                                    Aug 24, 2005
                                    DATE

MOTION TO RESET

Comes now counsel of record for Russell Robinson and moves this Honorable Court to reset the report date currently set in this matter for Friday, August 26th at 9:00 o'clock a.m. Movant would show unto the Court that he was appointed as counsel of record by the District Court at the previous report date. Since that time he has obtained the file from the original attorney, conferred with Mr. Robinson, and conferred with the Assistant U.S. Attorney prosecuting the case. Movant anticipates that the case will be ready for a change of plea at the next report date. However, full details have not been agreed upon at this point, and counsel respectfully requests an additional thirty days within which to complete that task. Counsel for Mr. Robinson has consulted with the Assistant U.S. Attorney prosecuting the case and has been advised that the United States has no objection to resetting this matter herein.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully prays that this Court reset the report date in this matter for approximately thirty days.  In the alternative, movant respectfully prays that the Court grant such other relief herein as truth dictates and justice demands.

Respectfully submitted,

T. Clifton Harviel (5589)
Attorney for Defendant
Suite 850
50 N. Front Street
Memphis, Tennessee    38103
(901) 543-9799

## Certificate of Service

I hereby certify that I have served a copy of the foregoing upon Mr. Tim DiScenza, Assistant United States Attorney, 167 N. Main Street, 8th Floor, Memphis, Tennessee 38103, this ___24th___ day of August, 2005.

T. Clifton Harviel

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:05-CR-20054 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT